# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DIONNE LAMONT GATLING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:24-cv-348 RWS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Now before the Court, in this closed § 2255 habeas case, is Petitioner's motion for issuance of a certificate of appealability. ECF No. 4. When dismissing this case, the Court found that Petitioner had not met the burden for the issuance of a certificate of appealability. ECF No. 2 at 3-4. As discussed in that dismissal, an attorney for Petitioner already applied to the Eighth Circuit Court of Appeals for permission to file a successive § 2255 motion on the grounds that Petitioner asserts here in support of a certificate of appealability – relief under the Supreme Court's decision in *Lora v. United States*, 599 U.S. 453 (2023). *See Gatling v. United States*, No. 23-3611 (8th Cir. Jan. 9, 2024). The Eighth Circuit denied Plaintiff's motion for authorization to file a successive habeas application. As such, this Court finds no "substantial showing" of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); *Tiedeman v. Benson*, 122 F.3d 518, 521-22 (8th Cir. 1997). The Court is unpersuaded by the arguments in Petitioner's motion. Therefore, Petitioner's motion for a certificate of appealability will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for issuance of a certificate of appealability [ECF No. 4] is **DENIED**.

Dated this 25th day of June, 2024.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE